1108

No. 90–6784. PIERCE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–6785. SASSOWER *v.* MAHONEY, AS PRESIDING JUSTICE OF THE APPELLATE DIVISION, SUPREME COURT OF NEW YORK, THIRD JUDICIAL DEPARTMENT, ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–6787. FLEMING *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–6804. CASTILLO ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–6808. MCMILLER *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 90–6820. THARPE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–6828. MCKNIGHT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–6830. HOLIDAY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–6836. THOMPSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 90–6841. MOSER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–6887. EVANS *v.* GRAYSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 89–1973. JOSLYN MANUFACTURING CO. *v.* T. L. JAMES & CO., INC.; and
No. 90–69. POWERLINE SUPPLY CO., INC., ET AL. *v.* T. L. JAMES & CO., INC. C. A. 5th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari. Reported below: 893 F. 2d 80.

No. 90–737. ZAVADIL ET UX. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.